

# NUMBER 13-18-00432-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CHRISTOPHER A. HUGHES,                                    **Appellant,**

**v.**

DELTA LAKE IRRIGATION DISTRICT,                         **Appellee.**

---

### On appeal from the 139th District Court of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Memorandum Opinion by Justice Longoria

Appellant, Christopher A. Hughes, appealed a judgment entered by the 139th District Court of Hidalgo County, Texas. On August 27, 2018, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P.

42.3(c). Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b), (c). Accordingly, the appeal is DISMISSED for want of prosecution.

NORA L. LONGORIA
Justice

Delivered and filed the
25th day of October, 2018.